## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR250 |
| vs. | ) | |
| COLLIN PARKER and TERRENCE SHERMAN, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant, Terrence Sherman's Unopposed Motion to Continue Trial [51]. Counsel needs additional time to review the next procedural steps and determine with the defendant if this matter may be resolved short of trial. The court has been informed that the co-defendant does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [51] is granted, as follows:

1. The jury trial, **for both defendants**, now set for April 5, 2022, is continued to **June 7, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 7, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** March 22, 2022

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**