## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR250** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **TERRENCE SHERMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's Amended Unopposed Motion to Continue Trial [75]. Counsel needs additional time to review the plea paperwork with defendant. The undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Amended Unopposed Motion to Continue Trial [75] is granted, as follows:

1. The jury trial, now set for October 4, 2022, is continued to **November 15, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

4. The Unopposed Motion to Continue Trial Filing [72] is denied as moot.

**DATED: August 20, 2022**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**