IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR250 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRENCE SHERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Continue Trial [86]. Counsel needs additional time to review recently received discovery with the defendant. The undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [86] is granted, as follows:

1. The jury trial, now set for November 15, 2022, is continued to **January 17, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 17, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: October 14, 2022

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge